SHIFLETT *v.* CITY OF CEDARTOWN.

LITTLE, J. There being testimony warranting a finding that the municipal authorities had negligently left in one of the principal streets of the city a dangerous hole, and it being, under the evidence introduced by the plaintiff, who fell therein and was injured, a question of fact whether,

·under all of the existing circumstances, he exercised due diligence in endeavoring to avoid the fall, the case should have been submitted to a jury and not disposed of by the grant of a nonsuit.

*Judgment reversed.    All the Justices concurring, except Fish, J., absent.*

Argued April 27, — Decided May 12, 1900.

Action for damages.    Before Judge Janes.    Polk superior court.    August term, 1899.

*Fielder & Mundy*, for plaintiff.
*Sanders & Davis*, for defendant.